# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| GRADY ALLEN PRICHARD, | ) |
| Plaintiff, | ) Case No. 2:08-0055 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Griffin |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court are Plaintiff Grady Allen Prichard's Motion for Judgment on the Record ("Plaintiff's Motion") (Doc. No. 17) and Defendant Commissioner of Social Security's Cross-Motion for Judgment on the Record ("Defendant's Motion") (Doc. No. 21). Magistrate Judge Griffin issued a Report and Recommendation ("Report") (Doc. No. 26) recommending that Plaintiff's Motion be denied, Defendant's Motion be granted, and the decision of the Commissioner affirmed. The Report was filed on February 28, 2011, and no objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion, **GRANTS** Defendant's Motion, and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

Entered this \_\_\_25\_\_\_ day of March, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT